UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RICHARD B. SMITH**<br>    Plaintiff | : | |
| v. | : | CASE NO.: 3:00cv1059(DJS) |
| **THE GILLETTE COMPANY**<br>    Defendant | : | |

ORDER OF REFERENCE TO
A UNITED STATES MAGISTRATE JUDGE

The following motion is hereby referred to Thomas P. Smith, United States Magistrate Judge:   Plaintiff's Motion for a Meeting with the Court to Resolve a Settlement Agreement Language Issue and for an Extension of Time (Doc. #96).

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this  23rd   day of  October   , 2003.

 /s/DJS
Dominic J. Squatrito
United States District Judge