FILED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

2003 NOV 18  P 2: 26

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| RICHARD B. SMITH<br>Plaintiff<br><br>V.<br><br>THE GILLETTE COMPANY<br>Defendant | CIVIL ACTION NO.<br>300 CV 1059 (DJS)<br><br>November 17, 2003 |

### PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME

Per the Court's Order of June 12, 2003, the above cited case was dismissed without prejudice to the plaintiff moving to reopen on or before July 7, 2003 due to the court being advised that the case had been reported as settled. Plaintiff's last motion for an extension until November 10, 2003 and for a meeting with the court to resolve a conflict in the settlement agreement language was referred to Magistrate Smith but no ruling on such extension has been made to date nor has the meeting taken place.

Although the parties have made substantial progress in drafting the settlement agreement to implement the agreed upon settlement terms and only one provision remains to be agreed upon, an eighth extension is requested up to and including December 10, 2003 in order to complete the drafting of the settlement agreement language. Defendant's counsel has been advised that plaintiff would be

requesting such a meeting with the court but she has not advised plaintiff's counsel as to whether she joins in such request or opposes such request.

**THE PLAINTIFF:**
MR. RICHARD SMITH

By:_____
Stephen P. Horner, Esquire
2183 Boston Post Road
Darien, Connecticut 06820
Federal Bar Number:  ct 02460
(203) 655-7905

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the forgoing was sent via first class mail, postage prepaid on November 17, 2003 to:

Sarah Moore Fass
Attorney at Law
Day Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

_____
Stephen P. Horner