UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RICHARD B. SMITH**<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:00cv1059(DJS) |
| **THE GILLETTE COMPANY**<br>    Defendant | : |

**ORDER**

The Plaintiff's Motion for Extension of Time (Doc. #99) to reopen case is hereby

**GRANTED to and including December 10, 2003.**

   **IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   26th   day of November, 2003.

                                         /s/DJS
                                         Dominic J. Squatrito
                                         United States District Judge