UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD B. SMITH, | : | CIVIL ACTION NO. 3:00CV1059 (DJS) |
| Plaintiff, | : | |
| v. | : | |
| THE GILLETTE COMPANY, | : | |
| Defendant. | : | DECEMBER 2, 2003 |

**DEFENDANT'S MOTION ON CONSENT FOR AN EXTENSION OF
TIME TO RESPOND TO PLAINTIFF'S MOTION TO
<u>ENFORCE SETTLEMENT AGREEMENT</u>**

Pursuant to Local Rule 9(b), Defendant, The Gillette Company (hereinafter referred to as "Defendant"), respectfully moves for an extension of time in which to respond to Plaintiff's Motion to Enforce Settlement Agreement. Specifically, Defendant, with the consent of Plaintiff's counsel, requests an extension of time of two days, up to and including December 5, 2003. In support of this motion, Defendant states as follows:

   1.   The parties in this matter have been involved in ongoing discussions regarding the resolution of this case.

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

2. On October 23, 2003, this matter was referred to Magistrate Judge Smith in an effort to resolve the remaining settlement terms that are in dispute between the parties.

3. On October 29, 2003, Plaintiff filed a Motion to Enforce Settlement Agreement.

4. Defendant's opposition is currently due on December 3, 2003.

5. This extension of time is necessary to enable the Defendant's counsel to fully and completely reply to Plaintiff's motion, and to give the parties and Magistrate Judge Smith an opportunity to resolve the remaining settlement terms that are in dispute between the parties.

6. Counsel for Defendant, Sarah Moore Fass, has discussed this motion for an extension of time with Plaintiff's counsel, Stephen P. Horner. Attorney Horner consents to the granting of this motion for extension of time.

7. This is Defendant's second motion for an extension of time to file an opposition to Plaintiff's Motion to Enforce Settlement Agreement.

-3-

WHEREFORE, based on the foregoing, Defendant, with the consent of Plaintiff, respectfully requests that this Court grant Defendant a two day extension of time to reply to Plaintiff's Motion to Enforce Settlement Agreement, up to and including December 5, 2003.

        DEFENDANT,
        THE GILLETTE COMPANY,


By _____
    Albert Zakarian (ct 04201)
    Sarah Moore Fass (ct 18313)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut  06103-3499
    (860) 275-0100 (Telephone)
    (860) 275- 0343 (Facsimile)
    Its Attorneys

## **CERTIFICATION**

    THIS IS TO CERTIFY that a copy of the foregoing was mailed this 2nd day of December, 2003, via facsimile and first class mail, postage prepaid, to:

Stephen P. Horner, Esq.
Law Offices of Stephen P. Horner
2183 Post Road
Darien, CT  06820-5604

_____
Albert Zakarian