UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RICHARD B. SMITH,
    Plaintiff

- v -

                                       Civil No 3:00-1059(DJS)

THE GILLETTE COMPANY,
    Defendant

### ORDER

A settlement conference shall be held before the undersigned on **January 6, 2004, at 10:00 a.m.** The parties shall submit <u>ex parte</u> statements **to the Chambers of Judge Smith**, not to exceed four pages, briefly setting forth their settlement positions, no later than January 5, 2004, by 12:00 noon. <u>**Facsimiles will not be accepted**</u>.

Counsel shall be accompanied by the appropriate persons with **authority to settle.** <u>See</u> <u>Nick v. Morgan's Foods, Inc.</u>, 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000), <u>aff'd</u>, No. 00-2776, 2001 WL 1352164 (8th Cir. Nov. 5, 2001).

**IT IS SO ORDERED.**

**Dated at Hartford, Connecticut this 4th day of December, 2003.**

                            Thomas P. Smith
                            United States Magistrate Judge