UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD B. SMITH, | : | CIVIL ACTION NO. 3:00CV1059 (DJS) |
| Plaintiff, | : | |
| v. | : | |
| THE GILLETTE COMPANY, | : | |
| Defendant. | : | DECEMBER 5, 2003 |

## MOTION TO FILE UNDER SEAL

Pursuant to District of Connecticut Local Rule of Civil Procedure 5(d), the Defendant, The Gillete Company. hereby moves for an order sealing from public view Defendant's Opposition to Plaintiff's Motion to Enforce Settlement Agreement, with attached exhibits, dated December 5, 2003. The Opposition and exhibits contain confidential, sensitive non-public information.

Counsel for Plaintiff has been contacted and consents to the granting of this Motion.

DEFENDANT,
THE GILLETTE COMPANY,

By _____
Albert Zakarian (ct 04201)
Sarah Moore Fass (ct 18313)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
Email: *azakarian@dbh.com*
Its Attorneys

## CERTIFICATION

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this 5th day of December, 2003, via first class mail, postage prepaid, to:

Stephen P. Horner, Esq.
Law Offices of Stephen P. Horner
2183 Post Road
Darien, CT  06820-5604.

_____
Albert Zakarian