UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC -5 P 3: 07

DISTRICT COURT
HARTFORD CT

|  |  |  |
|---|---|---|
| RICHARD B. SMITH,<br>Plaintiff, | )<br>)<br>) | Case No. 3:00CV1059 (DJS) |
| v. | )<br>)<br>) | Judge Dominic J. Squatrito/<br>Magistrate Judge Thomas P. Smith |
| THE GILLETTE COMPANY,<br>Defendant. | )<br>)<br>) | Notice of Manual Filing |

Please take notice that Defendant, The Gillette Company, has manually filed the following document or thing:

Defendant's Opposition to Plaintiff's Motion to Enforce Settlement Agreement, dated December 5, 2003.

This document has not been filed electronically because

☐ the document or thing cannot be converted to an electronic format
☐ the electronic file size of the document exceeds 1.5 megabytes
☒ the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

Albert Zakarian
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
Email: azakarian@dbh.com
Federal Bar No. 04201

## CERTIFICATION

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this 5th day of December, 2003, via first class mail, postage prepaid, to:

Stephen P. Horner, Esq.
Law Offices of Stephen P. Horner
2183 Post Road
Darien, CT  06820-5604.

_____
Albert Zakarian