UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| RICHARD B. SMITH<br>Plaintiff<br><br>V.<br><br>THE GILLETTE COMPANY<br>Defendant | CIVIL ACTION NO.<br>300 CV 1059 (DJS)<br><br>December 12, 2003 |
|---|---|

PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME

Per the Court's Order of June 12, 2003, the above cited case was dismissed without prejudice to the plaintiff moving to reopen on or before July 7, 2003 due to the court being advised that the case had been reported as settled. Plaintiff's last two motions for an extension until November 10, 2003 and then to December 10, 2003 have been referred to Magistrate Smith but no rulings on such extensions have been made to date.

Although the parties have made substantial progress in drafting the settlement agreement to implement the agreed upon settlement terms, a ninth extension is requested up to and including January 10, 2004 in order to complete the drafting of the settlement agreement language. Defendant's counsel has been

consulted and has advised that she is not opposed to such extension.

                                **THE PLAINTIFF:**
                                MR. RICHARD SMITH

By: _____
      Stephen P. Horner, Esquire
      2183 Boston Post Road
      Darien, Connecticut 06820
      Federal Bar Number: ct 02460
      (203) 655-7905

### CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the forgoing was sent via first class mail, postage prepaid on December 12, 2003 to:

    Sarah Moore Fass
    Attorney at Law
    Day Berry & Howard
    One Canterbury Green
    Stamford, CT 06901-2047

                                          Stephen P. Horner