UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD B. SMITH<br>　　　Plaintiff<br><br>V.<br><br>THE GILLETTE COMPANY<br>　　　Defendant | CIVIL ACTION NO.<br>300 CV 1059 (DJS)<br><br>December 12, 2003 |

## MOTION TO FILE UNDER SEAL

Pursuant to District of Connecticut Local Rule of Civil Procedure 7(f)(1), the Plaintiff, Richard B. Smith, hereby moves for an order sealing from public view Plaintiff's Surreply to Defendant's Opposition Memo regarding Plaintiff's Motion to Enforce a Settlement Agreement, with attached exhibits, dated December 12, 2003. The Surreply and exhibits contain confidential, sensitive non-public information.

Counsel for both parties have previously agreed to request that all filings related to Plaintiff's Motion to Enforce be placed under seal.

**ORAL ARGUMENT NOT REQUESTED**

　　　　　　　　　　　　　THE PLAINTIFF:
　　　　　　　　　　　　　MR. RICHARD SMITH

　　　　　　　　　　　By: _/s/ Stephen P. Horner_
　　　　　　　　　　　　　Stephen P. Horner, Esquire
　　　　　　　　　　　　　2183 Boston Post Road
　　　　　　　　　　　　　Darien, Connecticut 06820
　　　　　　　　　　　　　Federal Bar Number: ct 02460
　　　　　　　　　　　　　(203) 655-7905

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the forgoing was sent via fax and first class mail, postage prepaid on December 12, 2003 to:

>Albert Zakarian, Esq.
>Day, Berry & Howard LLP
>CityPlace I
>Hartford, CT 06103-3499

_____
Stephen P. Horner