UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD B. SMITH,<br>    Plaintiff, | ) )<br>) | Case No. 3:00CV1059 (DJS) |
| v. | ) )<br>) | Judge Dominic J. Squatrito/<br>Magistrate Judge Thomas P. Smith |
| THE GILLETTE COMPANY,<br>    Defendant. | ) )<br>) | Notice of Manual Filing |

      Please take notice that Defendant, The Gillette Company, has manually filed the following document or thing:

      Defendant's Sur-Reply in Further Opposition to Plaintiff's Motion to Enforce Settlement Agreement, dated December 23, 2003.

This document has not been filed electronically because

☐   the document or thing cannot be converted to an electronic format
☐   the electronic file size of the document exceeds 1.5 megabytes
☒   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                                           Respectfully submitted,

                                                           Sarah Moore Fass
                                                           Day, Berry & Howard LLP
                                                           One Canterbury Green
                                                           Stamford, Connecticut 06901
                                                          (203) 977-7300
                                                          (203) 977-7301 (fax)
                                                          Email: smfass@dbh.com
                                                          Federal Bar No. ct18313

## CERTIFICATION

    THIS IS TO CERTIFY that a copy of the foregoing was mailed this 23rd day of December, 2003, via first class mail, postage prepaid, to:

Stephen P. Horner, Esq.
Law Offices of Stephen P. Horner
2183 Post Road
Darien, CT  06820-5604

_____

Sarah Moore Fass