# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD B. SMITH, | : | CIVIL ACTION NO. 3:00CV1059 (DJS) |
| Plaintiff, | : | |
| v. | : | |
| THE GILLETTE COMPANY, | : | |
| Defendant. | : | DECEMBER 23, 2003 |

## DEFENDANT'S MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

Defendant, The Gillette Company (hereinafter referred to as "Defendant"), respectfully seeks leave of the Court to file the accompanying sur-reply memorandum of law in further opposition to Plaintiff's motion to enforce settlement agreement.  Defendant respectfully seeks leave of Court because, as discussed in the accompanying memorandum of law, Plaintiff's reply brief articulates new arguments regarding Defendant's position on the settlement of this case. Defendant respectfully requests that this Court grant Defendant the opportunity to respond to Plaintiff's newly raised arguments in the form of the sur-reply brief submitted herewith.

**ORAL ARGUMENT NOT REQUESTED**

71212592_1.DOC  034939-00140

DEFENDANT,
THE GILLETTE COMPANY,


By_____
   Albert Zakarian (ct 04201)
   Sarah Moore Fass (ct 18313)
   Day, Berry & Howard LLP
   One Canterbury Green
   Stamford, Connecticut 06901
   (203) 977-7300
   Email: smfass@*dbh.com*
   Its Attorneys

## **CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this 23rd day of December, 2003, via first class mail, postage prepaid, to:

Stephen P. Horner, Esq.
Law Offices of Stephen P. Horner
2183 Post Road
Darien, CT  06820-5604

_____

Sarah Moore Fass