**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RICHARD B. SMITH, | : | CIVIL ACTION NO. 3:00CV1059 (DJS) |
| Plaintiff, | : | |
| v. | : | |
| THE GILLETTE COMPANY, | : | |
| Defendant. | : | DECEMBER 23, 2003 |

**MOTION TO FILE UNDER SEAL**

Pursuant to District of Connecticut Local Rule of Civil Procedure 5(d), the Defendant, The Gillette Company, hereby moves for an order sealing from public view Defendant's Sur-Reply in Further Opposition to Plaintiff's Motion to Enforce Settlement Agreement dated December 23, 2003. The Sur-Reply contains confidential, sensitive, non-public information.

Counsel for Plaintiff has been contacted and consents to the granting of this Motion.

-2-

        DEFENDANT,
        THE GILLETTE COMPANY,


        By_____
           Albert Zakarian (ct 04201)
           Sarah Moore Fass (ct 18313)
           Day, Berry & Howard LLP
           One Canterbury Green
           Stamford, Connecticut 06901
           (203) 977-7300
           Email:  sfass@*dbh.com*
           Its Attorneys

Case 3:00-cv-01059-DJS   Document 113   Filed 12/24/2003   Page 2 of 3

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 23rd day of December, 2003, via first class mail, postage prepaid, to:

Stephen P. Horner, Esq.
Law Offices of Stephen P. Horner
2183 Post Road
Darien, CT  06820-5604.

_____

Sarah Moore Fass