UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Richard B. Smith,
    Plaintiff

   - v -                     CIVIL 3-00-1059(DJS)

The Gillette Company,
    Defendants

### MEMORANDUM AND ORDER

A settlement conference was held in this case January 6, 2004. The case has been settled. The parties will file the appropriate papers within 30 days.

Dated at Hartford, Connecticut, this 6th day of January, 2004.

*[signature]*
Thomas P. Smith
United States Magistrate Judge