UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT          FILED

Settlement Conference Calendar   2004 JAN -6 P 4:

Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street         U.S. DISTRICT COURT
Hartford                HARTFORD, CT.
Second Floor - Chambers Room 258

January 6, 2004

10:00 a.m.


CASE NO. **3-00-1059** (DJS)  **Richard B. Smith v. The Gillette Company**

---

**SETTLEMENT CONFERENCE**

Sarah Moore Fass
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047


Stephen P. Horner
Law Offices of Stephen Horner
2183 Boston Post Rd.
Darien, CT 06820


Albert Zakarian
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

*Conf. held w/ TPS. case settled.*
*Time: 20'*