UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN -7  A 11: 35
U.S. DISTRICT COURT
HARTFORD, CT.

RICHARD B. SMITH,
      -Plaintiff

-v-                                CIVIL 3:00CV1059(DJS)(TPS)

THE GILLETTE COMPANY,
      -Defendants

### RULING ON PENDING MOTIONS

Several motions are pending in this case: Plaintiff's Motion for Extension of Time dated 10/10/03 **(Dkt. # 96)**, Plaintiff's Motion to Enforce Settlement Agreement **(Dkt. # 98)**, Defendant's Motion for Extension of Time dated 11/17/03 **(Dkt. # 100)**, Defendant's Motion for Extension of Time dated 12/02/03 **(Dkt. # 102)**, Plaintiff's Motion for Extension of Time dated 12/15/03 **(Dkt. # 107)**, Plaintiff's Motion to Seal **(Dkt. # 109)**, Defendant's Motion for Leave to File **(Dkt. # 112)**, and Defendant's Motion to Seal Document **(Dkt. #113)**. The parties having settled their dispute, all pending motions are **DENIED AS MOOT.**

IT IS SO ORDERED.

    Dated at Hartford, Connecticut this 7th day of January, 2004.

                                        /s/ Thomas P. Smith  
                                        THOMAS P. SMITH  
                                        UNITED STATES MAGISTRATE JUDGE