UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**RICHARD B. SMITH**                    :
    **Plaintiff**

v.                                      :  CIVIL NO.: 3:00cv1059(DJS)

**THE GILLETTE COMPANY**                :
    **Defendant**

**ORDER**

The Plaintiff's Motion for Extension of Time (Doc. #107) to complete the drafting of the settlement papers is hereby **DENIED as moot.**

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this   8th   day of January, 2004.


                                         /s/DJS
                                        Dominic J. Squatrito
                                        United States District Judge