UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG 18 A 11: 12

| | |
|---|---|
| RICHARD B. SMITH, | : CIVIL ACTION NO. 3:00CV1059 (DJS) |
| Plaintiff, | : |
| v. | : |
| THE GILLETTE COMPANY, | : |
| Defendant. | : |
| | : JANUARY 7, 2004 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate to a dismissal with prejudice of the above matter, without attorneys' fees or costs to either party. The parties stipulate to dismiss, with prejudice, all claims, demands, complaints and appeals thereof that were or could have been raised by the Plaintiff, Richard B. Smith, against the Defendant, The Gillette Company.

After consultation with counsel, I hereby agree to this stipulation of dismissal, with prejudice, of all claims, demands, complaints and appeals thereof that I did or could have raised against the Defendant, The Gillette Company.

_____
Richard B. Smith

_____
Date January 8, 2004

STATE OF CONNECTICUT        )
                            ) ss:
COUNTY OF FAIRFIELD         )

Subscribed and sworn before me this 8th day of January 2004

_____
Commission of the Superior Court and
~~Notary Public~~ Attorney for Richard Smith
~~My Commission Expires~~:

This Stipulation of Dismissal With Prejudice hereby is respectfully filed by the parties set forth below.

PLAINTIFF,
RICHARD B. SMITH,

By _____
Stephen P. Horner (ct02460)
Law Offices of Stephen P. Horner
2183 Post Road
Darien, CT  06820-5604
(203) 655-7905
His Attorney

DEFENDANT,
THE GILLETTE COMPANY,

By _____
Albert Zakarian (ct04201)
Sarah Moore Fass (ct18313)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut  06901-2047
(203) 977-7300
Its Attorneys