UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RICHARD B. SMITH**<br>    **Plaintiff** | : | |
| v. | : | CIVIL NO.: 3:00cv1059(DJS) |
| **THE GILLETTE COMPANY**<br>    **Defendant** | : | |

### ORDER

The Stipulation of Dismissal with Prejudice (Doc. #15) is hereby **GRANTED.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   2nd   day of September, 2004.

 /s/DJS
Dominic J. Squatrito
United States District Judge